IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGET LOGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>R. JAMES NICHOLSON,<br><br>    Defendant<br>_____ / | No. C 05-2234 MMC<br><br>**ORDER VACATING NOVEMBER 3, 2006 HEARING** |

    Before the Court is defendant's motion for summary judgment, filed September 22, 2006, and scheduled for hearing November 3, 2006.  Pursuant to the Civil Local Rules of this District, opposition was due no later than October 13, 2006.  See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date).  To date, no opposition has been filed.

    Accordingly, the Court deems the matter submitted on the moving papers and VACATES the hearing scheduled for November 3, 2006.

    **IT IS SO ORDERED.**

Dated: October 19, 2006

                                      MAXINE M. CHESNEY<br>
                                      United States District Judge